No. 72–5973. HALVERSON v. CADY, WARDEN. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1001. MAJEWSKI v. UNITED STATES. C. A. 2d Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 72–1116. McCLOUD v. BRANCH ET AL. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 72–5632. WORTON v. OKLAHOMA. C. A. 10th Cir. Motion to amend petition granted. Certiorari denied.

No. 71–685. LEHNHAUSEN, DIRECTOR, DEPARTMENT OF LOCAL GOVERNMENT AFFAIRS OF ILLINOIS v. LAKE SHORE AUTO PARTS CO. ET AL., 410 U. S. 356;

No. 71–691. BARRETT, COUNTY CLERK OF COOK COUNTY, ILLINOIS, ET AL. v. SHAPIRO ET AL., 410 U. S. 356;

No. 71–1672. GUTHRIE ET AL. v. ALABAMA BY-PRODUCTS CO. ET AL., 410 U. S. 946;

No. 72–839. WILLIAMS v. MISSISSIPPI EXPORT RAILROAD, 410 U. S. 942; and

No. 72–963. HUTTER ET AL. v. COOK COUNTY, ILLINOIS, ET AL., 410 U. S. 955. Petitions for rehearing denied.

No. 71–991. OTTER TAIL POWER CO. v. UNITED STATES, 410 U. S. 366. Petition for rehearing denied. MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 72–510. FALKNER ET UX. v. BROWN, CHIEF JUDGE, U. S. COURT OF APPEALS, 410 U. S. 923. Motion to dispense with printing petition granted. Petition for rehearing denied.